*E-filed 4/7/09*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES O. ALBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>MONUMENTAL INSURANCE COMPANY, GLOBE LIFE & ACCIDENT INSURANCE COMPANY, DOES 1-10,<br><br>    Defendants. | Case No. CV 08-5441 HRL<br><br>**ORDER ON PLAINTIFF'S EX PARTE MOTION FOR ENLARGEMENT OF TIME** |

The court has received plaintiff's "Ex Parte Motion for Enlargement of Time." Plaintiff seeks continuation of the initial case management conference, currently set for April 7, 2009 at 1:30 pm because the defendant was only recently served. Defendant does not oppose the motion. Good cause having been shown, the court now GRANTS IN PART plaintiff's motion. The initial case management conference is CONTINUED to **June 16, 2009 at 1:30 p.m.** in courtroom 2, 5th floor, United States District Court, San Jose. The parties must file their Joint Case Management Statement, and Consent or Declination to Magistrate Jurisdiction not later than June 9, 2009.

**IT IS SO ORDERED.**

Dated: 4/7/09

                              HOWARD R. LLOYD
                              UNITED STATES MAGISTRATE JUDGE

1   THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT VIA ECF.

4   \* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 4/7/09

                                                     /s/ mpk
                           Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California