1  Seth W. Whitaker, Esq.  SBN 84136
   BOOTH, MITCHEL & STRANGE, LLP
2  707 Wilshire Boulevard, Suite 4450         ***E-FILED 7/16/09***
   Los Angeles, California 90017
3  (213) 738-0100 * FAX: (213) 380-3308
   Email swwhitaker@boothmitchel.com
4
5  Attorneys for Defendant, GLOBE LIFE & ACCIDENT INSURANCE COMPANY
6
7                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                          SAN JOSE DIVISION
9
   JAMES O. ALBERTSON,              )   Case No.:  C08 05441 RMW
10                                   )
              Plaintiff,             )   [] ORDER  DISMISSING
11                                   )   COMPLAINT AS TO GLOBE LIFE &
       vs.                           )   ACCIDENT INSURANCE COMPANY
12                                   )   WITH PREJUDICE
   MONUMENTAL INSURANCE COMPANY,)
13 GLOBE LIFE & ACCIDENT INSURANCE   )   [Stipulation Filed Concurrently]
   COMPANY and DOES 1 through 10,    )
14                                   )
              Defendants.            )
15                                   )
                                     )
16                                   )
                                     )
17 _____   )

18
   The Court has duly considered the Stipulation submitted by Plaintiff, James O. Albertson and
19
   Defendant, Globe Life & Accident Insurance Company requesting dismissal with prejudice of the
20
   Complaint in this action as to Globe Life & Accident Insurance Company based on the Release of All
21
   Claims and Settlement Agreement between those parties, and good cause appearing therefore,
22
23 It is hereby ORDERED that:

24 ///

25
26 ///

27 ///

28
                                            1

   [] ORDER DISMISSING COMPLAINT AS TO GLOBE LIFE & ACCIDENT INSURANCE COMPANY

1 |     1.  The Complaint of James O. Albertson against Globe Life and Accident Insurance Company
2 | is DISMISSED WITH PREJUDICE, without award of costs or attorney's fees to either party.

6 | IT IS SO ORDERED.

7 | Dated: 7/16/09                    By: *Ronald M. Whyte*
8 |     HON. RONALD M. WHYTE
    Judge of the United States District Court

2

[] ORDER DISMISSING COMPLAINT AS TO GLOBE LIFE & ACCIDENT INSURANCE COMPANY